IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A. and GALDERMA RESEARCH AND DEVELOPMENT, S.N.C., <br><br> Plaintiffs, <br><br> v. <br><br> TOLMAR, INC., <br><br> Defendant. | C.A. No. 10-45 (JJF) |

### PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiffs' Galderma Laboratories, L.P., Galderma S.A., and Galderma Research & Development, S.N.C. (collectively, "Galderma") answer Tolmar Inc.'s counterclaims as follows:

### THE PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

### JURISDICTION AND VENUE

5. Galderma admits that Tolmar has asserted counterclaims for a declaration of noninfringement and invalidity under the Declaratory Judgments Act, 28 U.S.C. § 2201 *et seq.*, and the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, but denies that those counterclaims are valid or sustainable.

6. Admitted.

7. Galderma admits that this Court has personal jurisdiction over Galderma for purposes of this matter only.

8. Galderma admits that venue is proper in this district for purposes of this matter only.

## FACTUAL BACKGROUND

9. Admitted.

10. Admitted.

11. Admitted.

12. Galderma admits, on information and belief, that Tolmar filed ANDA No. 200298 with the FDA under 21 U.S.C. §355(j) for the approval of a 3% adapalene topical gel ("Tolmar's Gel") before the expiration of U.S. Patent No. 7,579,377 ("the '377 patent"). Galderma admits, on information and belief, that Tolmar filed a Paragraph IV Certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV). Galderma denies that the '377 patent will not be infringed by the manufacture, use, sale, offer for sale or import of Tolmar's Gel that is the subject of ANDA No. 200298. Galderma lacks knowledge or information sufficient to form a belief as to the truth of any remaining averments of paragraph 12, and, therefore, denies them.

13. Galderma admits that on January 21, 2010, it filed a Complaint against Tolmar in this District for infringement of the '377 patent based on the filing of Tolmar's ANDA No. 200298. Galderma admits it is seeking a declaratory judgment based on its apprehension of infringement resulting from the manufacture, use, sale, offer for sale or import of Tolmar's Gel, if the FDA approves ANDA No. 200298.

14. Admitted.

### PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIM COUNT I
(Declaratory Judgment of Non-Infringement of the '377 Patent)

15. Galderma restates and incorporates by reference paragraphs 1-14 above as if set forth fully herein.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied

### PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIM COUNT II
(Declaratory Judgment of Invalidity of the '377 Patent)

22. Galderma restates and incorporates by reference paragraphs 1-14 above as if set forth fully herein.

23. Denied.

24. Denied.

25. Galderma denies that Tolmar is entitled to the relief requested in its Prayer for Relief, or any other relief.

### PRAYER FOR RELIEF

WHEREFORE, Galderma respectfully requests that this Court enter judgment in its favor as follows:

a) dismissing each of Tolmar's counterclaims with prejudice;

b) granting Galderma such further and additional relief that this Court deems just and proper.

                        MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

                        /s/ Jack B. Blumenfeld
                        _____
                        Jack B. Blumenfeld (# 1014)
                        Maryellen Noreika (# 3208)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        mnoreika@mnat.com

                        *Attorneys for Plaintiffs*

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive.
Reston, VA 20190-5675
(571) 203-2700

Susan H. Griffen
Howard W. Levine
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

March 5, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John W. Shaw, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused copies of the foregoing document to be served on March 5, 2010, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building – 17th Floor<br>1000 West Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Peter M. Siavelis, Esquire<br>Krista Vink Venegas, Esquire<br>Kevin P. Shortsle, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Suite 4400<br>Chicago, IL  60606 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)