# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A. and GALDERMA RESEARCH AND DEVELOPMENT, S.N.C., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| TOLMAR INC., | ) ) |
| Defendant. | ) ) |
| GALDERMA LABORATORIES, L.P., GALDERMA S.A. and GALDERMA RESEARCH AND DEVELOPMENT, S.N.C., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ACTAVIS MID ATLANTIC LLC, | ) ) |
| Defendant. | ) |

C.A. No. 10-045-LPS
(Consolidated)

## DEFENDANTS' NOTICE OF DEPOSITION TO GALDERMA LABORATORIES, L.P.'S EMPLOYEES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 30(b)(1)

PLEASE TAKE NOTICE that Defendants Actavis Mid Atlantic LLC and Tolmar Inc., by and through its counsel, will take the depositions of Plaintiff Galderma Laboratories, L.P.'s employees pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure on the dates below, beginning at 9:30 a.m. at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 N. Market Street, Wilmington, DE 19801 on the following days:

| Yin Liu | June 7, 2011 |
|---|---|
| Marjory Kadash | June 8, 2011 |
| James Geerlof | June 9, 2011 |
| Christian Loesche | June 10, 2011 |

The depositions will be conducted before a person authorized to administer oaths and take testimony. The depositions may be recorded by stenographic, audio, video, and/or real time computer means (*e.g.*, Live Note).

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Steven H. Sklar | David E. Moore (#3983) |
| Gregory C. Bays | Hercules Plaza, 6th Floor |
| L. Scott Beall | 1313 N. Market Street |
| LEYDIG, VOIT & MAYER, LTD. | Wilmington, DE  19801 |
| Two Prudential Plaza | Tel:  (302) 984-6000 |
| 180 N. Stetson, Suite 4900 | rhorwitz@potteranderson.com |
| Chicago, IL 60601 | dmoore@potteranderson.com |
| Tel:  (312) 616-5600 |  |
|  | *Attorneys for Defendant Actavis Mid Atlantic LLC* |
| Jamaica P. Szeliga |  |
| LEYDIG, VOIT & MAYER LTD. |  |
| 700 Thirteenth Street, N.W. | *Also Filed on Behalf of Tolmar Inc.* |
| Suite 300 |  |
| Washington, D.C. 20001 |  |
| Tel:  (202)737-6770 |  |

Dated:  May 19, 2011
1013564 / 36221

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 19, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 19, 2011, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

Susan H. Griffen
Howard W. Levine
Rebecca D. Hess
Courtney D. Casp, Ph.D.
Victoria S. Lee
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Susan.griffen@finnegan.com
Howard.levine@finnegan.com
Rebecca.hess@finnegan.com
Courtney.casp@finnegan.com
Victoria.Lee@finnegan.com
*Attorneys for Plaintiffs*

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
charles.lipsey@finnegan.com
*Attorneys for Plaintiffs*

John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Tolmar Inc.*

Jeffrey R. Gargano
Peter M. Siavelis
Krista Vink Venegas
Kevin P. Shortsle
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL  60606
jgargano@mwe.com
psiavelis@mwe.com
kvinkvenegas@mwe.com
kshortsle@mwe.com
*Attorneys for Defendant Tolmar Inc.*

By:   */s/ David E. Moore*
         Richard L. Horwitz
         David E. Moore
         POTTER ANDERSON & CORROON LLP
         Tel:  (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

989026/36221 (cons.)