IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A. and GALDERMA RESEARCH AND DEVELOPMENT, S.N.C., <br><br> Plaintiffs, <br><br> v. <br><br> TOLMAR INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 10-045-LPS (Consolidated) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 19, 2011, copies of *Defendants' First Joint Notice of Deposition of Galderma Laboratories, L.P., Galderma S.A. and Galderma Research & Development, S.N.C. Pursuant to Fed. R. Civ. P. 30(b)(6)* and *Defendants' Second Joint Notice of Deposition of Galderma Laboratories, L.P., Galderma S.A. and Galderma Research & Development, S.N.C. Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served upon the following counsel in the manner indicated below:

### VIA ELECTRONIC MAIL

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Galderma Laboratories LP, Galderma SA and Galderma Research and Development SNC*

>Courtney B. Casp, Esq.
>Rebecca D. Hess, Esq.
>Susan H. Griffen, Esq.
>Howard W. Levine, Esq.
>Finnegan, Henderson, Farabow, Garrett & Dunner LLP
>901 New York Avenue, N.W.
>Washington, D.C. 20001-4413
>*courtney.casp@finnegan.com*
>*rebecca.hess@finnegan.com*
>*susan.griffen@finnegan.com*
>*howard.levine@finnegan.com*
>
>Charles E. Lipsey, Esq.
>Finnegan, Henderson, Farabow, Garrett & Dunner LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190
>charles.lipsey@finnegan.com
>*Attorneys for Galderma Laboratories LP*

PLEASE TAKE FURTHER NOTICE that on May 20, 2011, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esq.
>Maryellen Noreika, Esq.
>Morris Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com
>*Attorneys for Galderma Laboratories LP, Galderma SA and Galderma Research and Development SNC*

In addition, on May 20, 2011, this Notice of Service was served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

2

**BY E-MAIL:**

Courtney B. Casp, Esq.
Rebecca D. Hess, Esq.
Susan H. Griffen, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
courtney.casp@finnegan.com
rebecca.hess@finnegan.com
susan.griffen@finnegan.com
howard.levine@finnegan.com

Charles E. Lipsey, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
charles.lipsey@finnegan.com
*Attorneys for Galderma Laboratories LP*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Pilar Kraman
John W. Shaw (No. 3362)

OF COUNSEL:
Jeffrey R. Gargano
Peter M. Siavelis
Krista Vink Venegas
Kevin P. Shortsle
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
(312) 372-2000

Karen E. Keller (No. 4489)
Pilar G. Kraman (No. 5199)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
pkraman@ycst.com
jshaw@ycst.com

*Counsel for Defendant TOLMAR Inc.*

DATED: May 20, 2011

3